**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| **U.S. EQUAL EMPLOYMENT** ) | |
| **OPPORTUNITY COMMISSION,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civ. A. No. 1:23-cv-02487-BAH** |
| ) | **Honorable Brendan A. Hurson** |
| **LEN STOLER, INC. T/A LEN STOLER** ) | |
| **AUTO GROUP,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**<u>JOINT MOTION FOR STAY OF DISCOVERY</u>**
**<u>AND REFERRAL TO ADR CONFERENCE</u>**

Pursuant to Local Rules 105 and 607, Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") and Defendant Len Stoler, Inc. ("Defendant") hereby file the instant Joint Motion for Stay of Discovery and Referral to ADR Conference in the above-styled and numbered action.  For the reasons set forth more fully below, EEOC and Defendant respectfully request that the Court enter an order staying all discovery in this case with the exception of the deposition of Charging Party Brittny Winter and referring this matter to a U.S. Magistrate Judge to conduct a settlement conference.

1.   <u>Current Discovery Status</u>

The current scheduling order in this matter, as subsequently modified, provides that the parties shall complete discovery and submit a status report to the Court by April 29, 2024. *See* ECF No. 16. To date, the parties have conducted significant discovery in this action, including both written discovery and depositions, but there remain a number of party and non-party

depositions to be completed by both EEOC and Defendant, as well as certain outstanding written discovery and potential disputes that are the subject of on-going conferral.

Completion of the parties' outstanding discovery will require additional time beyond the present April 29 discovery deadline.[1]  The parties have agreed that a limited one (1) month extension of the discovery period would be needed to complete all necessary depositions and document discovery and to make best-efforts to resolve outstanding written discovery issues without motion practice.

2.      Settlement Discussion Status

The parties have expressed mutual interest in exploring potential settlement of this case, and the Court's scheduling order requires that the parties certify in their April 29 status report that they have met to conduct serious settlement discussions. *See* ECF No. 13 at 3.  Accordingly, the parties have conferred about general expectations and a process for conducting settlement discussions, and they have agreed that an ADR conference with a U.S. Magistrate Judge would be helpful in assisting them to reach a settlement.  The parties have also agreed that it would be highly preferable for them to fully explore resolution of this case with a neutral before incurring any substantial, additional litigation costs that are not essential to an informed settlement discussion.

3.      Requested Stay, ADR Referral, and Any Subsequent Proceedings

Consequently, the parties request that the Court enter an order providing for the following: (1) referral of this action to a U.S. Magistrate Judge for an ADR conference under Local Rule 607; (2) a stay of discovery in this action pending disposition of the ADR conference, with the exception

---

[1]  In addition, EEOC notes that it has recently been required to replace its lead counsel in this matter, who withdrew pending the end of her employment by the agency and held primary responsibility for conducting the litigation. EEOC's new lead counsel has had scheduling conflicts making some dates before April 29 unavailable, and will require a limited amount of additional time to transition the case.

of a deposition of Charging Party Brittny Winter, which may be conducted at Defendant's option on a mutually agreeable date prior to the ADR conference; and (3) a requirement that the parties file a joint status report after the ADR conference informing the Court whether they have agreed to resolve the case, and if there is no such agreement, they must also file a proposed modified scheduling order authorizing a thirty (30) day period of additional discovery and setting new deadlines for service of requests for admission and filing of dispositive pretrial motions that are consistent with the intervals previously ordered by the Court at ECF No. 16.

4.    <u>Conclusion</u>

For the reasons set forth above, the parties respectfully request that the Court grant their Motion and enter the attached proposed Order.

Respectfully submitted,

<u>/s/ Ronald L. Phillips</u>
Ronald L. Phillips
Assistant Regional Attorney
Ohio Bar No. 0070263
EEOC –Baltimore Field Office
George H. Fallon Federal Building
31 Hopkins Plaza, Suite 1432
Baltimore, MD 21201
Phone: (410) 801-6714
Fax: (410) 992-7880
E-mail: ronald.phillips@eeoc.gov

*Counsel for Plaintiff U.S. Equal Employment Opportunity Commission*

<u>/s/ Matthew A. Ranck</u>  (by RLP per written authorization)
Matthew A. Ranck (#23732)
Schenker & Lopez
600 Red Brook Boulevard
Owings Mills, Maryland 21117
Phone: (410) 559-2420
Fax: (410) 559-2401
E-mail: Matthew.ranck@zurichna.com

*Counsel for Defendant Len Stoler, Inc.*